AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| DENNIS LINTHICUM; REJEANA JACKSON; KLAMATH COUNTY REPUBLICAN CENTRAL COMMITTEE; BRIAN J. BOQUIST; JOHN SWANSON; CEDRIC HAYDEN; JOHN LARGE, et al.<br><br>*Plaintiff(s)*<br>v.<br>OREGON SENATE PRESIDENT ROB WAGNER, individually and in his official capacity; OREGON SECRETARY OF STATE LAVONNE GRIFFIN-VALADE, in her official capacity,<br><br>*Defendant(s)* | Civil Action No. 6:23-cv-01624 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Oregon Senate President Rob Wagner
Office of Senate President
900 Court St. NE, S-201
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth A. Jones
Capitol Legal Services
901 Capitol St. NE
Salem, OR 97301

Vance D. Day
Law Offices of Vance D. Day
PO Box 220
Powell Butte, OR 97753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/06/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| DENNIS LINTHICUM; REJEANA JACKSON; KLAMATH COUNTY REPUBLICAN CENTRAL COMMITTEE; BRIAN J. BOQUIST; JOHN SWANSON; CEDRIC HAYDEN; JOHN LARGE, et al. <br> *Plaintiff(s)* <br> v. <br> OREGON SENATE PRESIDENT ROB WAGNER, individually and in his official capacity; OREGON SECRETARY OF STATE LAVONNE GRIFFIN-VALADE, in her official capacity, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:23-cv-01624 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oregon Secretary of State Lavonne Griffin-Valade
Public Service Building
255 Capitol St. NE, Suite 151
Salem, OR 97310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth A. Jones
Capitol Legal Services
901 Capitol St. NE
Salem, OR 97301

Vance D. Day
Law Offices of Vance D. Day
PO Box 220
Powell Butte, OR 97753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/06/2023

_____
*Signature of Clerk or Deputy Clerk*