| | |
|---|---|
| Elizabeth A. Jones, OSB #201184<br>beth@capitol.legal<br>Capitol Legal Services<br>901 Capitol St. NE<br>Salem, OR 97301<br>Telephone: (503) 480-7250 | ELLEN F. ROSENBLUM<br>Attorney General<br>BRIAN SIMMONDS MARSHALL #196129<br>THOMAS CASTELLI #226448<br>Senior Assistant Attorneys General<br>ANURADHA SAWKAR #181564<br>Assistant Attorney General |
| Vance D. Day, OSB # 912487<br>Vance.day@teamvanceday.org<br>Law Offices of Vance D. Day<br>PO Box 220<br>Powell Butte, OR 97753<br>Telephone: (503) 409-5562 | Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: (971) 673-1880<br>Fax: (971) 673-5000<br>Email:  Brian.S.Marshall@doj.state.or.us<br>Thomas.Castelli@doj.state.or.us |
| James Bopp Jr. IN No. 2838-84*<br>jboppjr@aol.com<br>The Bopp Law Firm<br>The National Building, 1 South Sixth Street<br>Terre Haute, IN 47807-2434<br>* *Pro Hac Vice* application forthcoming<br>Attorney for Plaintiffs | Anu.sawkar@doj.state.or.us<br>Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENNIS LINTHICUM; REJEANA JACKSON; KLAMATH COUNTY REPUBLICAN CENTRAL COMMITTEE; BRIAN J. BOQUIST; JOHN SWANSON; POLK COUNTY REPUBLICAN CENTRAL COMMITTEE; CEDRIC HAYDEN; JOHN LARGE; and LANE COUNTY REPUBLICAN CENTRAL COMMITTEE,<br><br>        Plaintiffs,<br><br>    v.<br><br> OREGON SENATE PRESIDENT ROB WAGNER, individually and in his official capacity; OREGON SECRETARY OF STATE LAVONNE GRIFFIN-VALADE, in her official capacity,<br><br>        Defendants. | Case No.  6:23-cv-01624-AA<br><br>JOINT MOTION TO STAY |

Page 1 -   JOINT MOTION TO STAY
    BM2/j3b/932074430

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

The parties jointly move the Court to stay further district court proceedings pending resolution of the appeal (ECF 24) of this Court's denial of the motion for a preliminary injunction (ECF 23). The parties further move that the Defendants' response to the complaint (ECF 1) be due 21 days after the receipt of the mandate of the U.S. Court of Appeals for the Ninth Circuit in that appeal.

DATED December  20 , 2023.

Respectfully submitted,

| | |
|---|---|
| *s/Elizabeth A. Jones* | ELLEN F. ROSENBLUM |
| Elizabeth A. Jones, OSB #201184<br>beth@capitol.legal<br>Capitol Legal Services<br>901 Capitol St. NE<br>Salem, OR 97301<br>Telephone: (503) 480-7250 | Attorney General<br><br>*s/Brian Simmonds Marshall*<br>BRIAN SIMMONDS MARSHALL #196129<br>THOMAS CASTELLI #226448<br>Senior Assistant Attorneys General<br>ANURADHA SAWKAR #181564<br>Assistant Attorney General<br>Trial Attorneys<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Brian.S.Marshall@doj.state.or.us<br>Thomas.Castelli@doj.state.or.us<br>Anu.Sawkar@doj.state.or.us<br>Of Attorneys for Defendants |
| Vance D. Day, OSB # 912487<br>Vance.day@teamvanceday.org Law Offices of Vance D. Day<br>PO Box 220<br>Powell Butte, OR 97753 Telephone: (503) 409-5562 | |
| James Bopp Jr. IN No. 2838-84*<br>jboppjr@aol.com<br>The Bopp Law Firm<br>The National Building, 1 South Sixth Street<br>Terre Haute, IN 47807-2434<br>* *Pro Hac Vice* application forthcoming | |
| Attorney for Plaintiffs | |

Page 2 -   JOINT MOTION TO STAY
          BM2/j3b/932074430

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000